■ In the Matter of ALEXANDER P. RUBLOWSKY et al., Appellants, v ROY M. GOODMAN et al., Respondents.—Judgment, Supreme Court, New York County (Michael Dontzin, J.), entered on August 19, 1988, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kassal, J. P., Rosenberger, Ellerin, Wallach and Smith, JJ.

■ In the Matter of JOHN B. LEVITT, Appellant, v BILL GREEN et al., Respondents.—Judgment, Supreme Court, New York County (Michael B. Dontzin, J.), entered on August 19, 1988, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kassal, J. P., Rosenberger, Ellerin, Wallach and Smith, JJ.

■ In the Matter of ALAN INMAN, Appellant, v ISRAEL RUIZ, JR., et al., Respondents.—Judgment, Supreme Court, Bronx County (Peter Rosato, J.), entered on August 19, 1988, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kassal, J. P., Rosenberger, Ellerin, Wallach and Smith, JJ.